UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMUEL MARTINEZ,

                        Plaintiff,

   -against-


JO ANNE B. BARNHART,
Commissioner of Social Security,


                        Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5203 (ENV)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 4 2006 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Eric N. Vitaliano, United States District Judge, having

been filed on May 3, 2006, reversing the Commissioner's decision pursuant to the fourth

sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative

proceedings; it is

    ORDERED and ADJUDGED that the Commissioner's decision is reversed

pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded

for further administrative proceedings.


Dated: Brooklyn, New York
      May 03, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court